Standard Asbestos Manufacturing Company, Appellant, v. E. W. Kaiser and A. G. Kaiser, Copartners, Trading as E. B. Kaiser Company, Appellees.

Gen. No. 41,685.

Heard in second division, first district, this court at April term, 1941; opinion filed November 17, 1942; rehearing denied December 8, 1942. David H. Caplow and Bernard J. Brown, for appellant; Bernard J. Brown, of counsel; Jacob Levin and Arthur J. Goldberg, for appellees; Arthur J. Goldberg, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''